1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   United States of America, ex rel. Ginger)   No. CIV 03-2395-PHX-SMM
    Busker,                                  )
10                                           )   **ORDER**
                    Plaintiff,               )
11                                           )
    vs.                                      )
12                                           )
                                             )
13   Richard  Garrard,  D.P.M.,  P.C.  and)
     Deborah Garrard,                        )
14                                           )
                    Defendants.              )
15
    _____

16

17         Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc.

18  No. 35].  After consideration of the parties' Stipulation,

19         **IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice

20  [Doc. No. 35] is **GRANTED**, and this matter is dismissed with prejudice.

21         **IT IS FURTHER ORDERED** that any pending motions and hearings in this matter

22  are hereby **VACATED**.

23         DATED this 29th day of November, 2006.

24

25

26

27                                    _____
                                            Stephen M. McNamee
28                                          United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28